# EXHIBIT 12

F.W. WEBB COMPANY

## Inside Sales Representative Performance Appraisal

| | |
|---|---|
| **Section A: Key Responsibilities** | |
| | ***Sales & GP Budget*** |
| | Did the employee meet their sales & GP budget for the year? |
| | Rating: |
| | Comments: |
| | ***Bid & Bid Follow up*** |
| | Number of bids written, win rate, follow up rate, etc. |
| | Rating: |
| | Comments: |
| | ***Open Orders*** |
| | Open order sales past due, open orders past due, open orders with follow-up, etc. |
| | Rating: |
| | Comments: |
| | ***Communication*** |
| | Phone calls answered, not answered, outgoing, & calendar entries, etc. |
| | Rating: |
| | Comments: |

F.W. WEBB COMPANY

## Section B: Behavioral Responsibilities

***Customer Focus***

- Is dedicated to meeting the expectations and requirements of internal and external customers
- Gets first-hand customer information and uses it for improvements in products and services
- Acts with customers in mind
- Establishes and maintains effective relationships with customers and gains their trust and respect

Rating:

Comments:

***Drive for Results***

- Can be counted on to exceed goals successfully
- Is constantly and consistently one of the top performers
- Very bottom-line oriented
- Steadfastly pushes self and others for results

Rating:

Comments:

***Integrity, Interpersonal Savvy, & Organizational Agility***

- Is widely trusted and is seen as a direct and truthful individual
- Admits mistakes and doesn't misrepresent him/herself for potential gain
- Relates well to all kinds of people inside and outside the organization
- Builds constructive and effective relationships and can diffuse high-tension situations comfortably
- Knows how to get things done both through formal channels and the informal network

Rating:

Comments:

***Listening & Negotiating***

- Practices attentive and active listening;
- Has the patience to hear people out and can accurately restate the opinions of others even when he/she disagrees
- Can negotiate skillfully in tough situations with both internal and external groups
- Can be both direct and forceful as well as diplomatic
- Gains trust quickly of other parties to the negotiations and has a good sense of timing

Rating:

Comments:

***Functional/Technical Skills***

- Has the functional and technical knowledge and skills to do the job at a high level of accomplishment.

Rating:

Comments:

***Technical Learning***

- Picks up on technical things quickly
- Can learn new skills and knowledge
- Is good at learning new industry, company, product, or technical knowledge
- Does well in technical courses and seminars

Rating:

Comments:

***Problem Solving***

- Uses rigorous logic and methods to solve difficult problems with effective solutions
- Probes all fruitful sources for answers
- Can see hidden problems
- Is excellent at honest analysis

| | |
|---|---|
| | • Looks beyond the obvious and doesn't stop at the first answers |
| | Rating: |
| | Comments: |
| | **Section B: Opportunities for Growth** |
| | ***Future Performance Objectives*** |
| | Please comment on the principal objectives to be accomplished in the coming year. |
| | Comments: |
| | ***Planned Training and/or Development Action*** |
| | Specific objectives and time schedule to address "training or improvement needs" identified on preceding pages and, if appropriate at this time, development needs related to possible future assignments. |
| | Comments: |